IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SINICA SHEVESE MOORE                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 5:09cv104-MTP

JACQUELYN BANKS and GABRIEL WALKER                    DEFENDANTS

**ORDER DIRECTING RESPONSE TO MOTION**

Presently pending before the court is a Motion for Summary Judgment [22] filed by Defendant on July 15, 2010. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1. Plaintiff shall file his response to the motion on or before August 27, 2010; and

2. Should Plaintiff fail to respond by August 27, 2010, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 9th day of August, 2010.

> s/ Michael T. Parker
> United States Magistrate Judge