IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SINICA SHEVESE MOORE                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 5:09cv104-MTP

JACQUELYN BANKS and GABRIEL WALKER                          DEFENDANTS

ORDER WITHDRAWING MEMORANDUM OPINION AND ORDER

THIS MATTER is before the court *sua sponte*, having come to its attention after entering a Memorandum Opinion and Order [26] on Defendants' Motion for Summary Judgment [25] that Plaintiff had filed an untimely response [25] to Defendants' Motion, and the court finding that the response should be addressed by the court and the Memorandum Opinion and Order [26] should be withdrawn.

IT IS, THEREFORE, ORDERED that the Memorandum Opinion and Order [26] of September 8, 2010 is hereby withdrawn. An amended Memorandum Opinion and Order will be filed in due course.

SO ORDERED on this, the 8th day of September, 2010.

s/Michael T. Parker
United States Magistrate Judge

1